# Exhibit B

# NESTFORIA

## SevenShopper, Inc.

USPTO Trademarks (https://uspto.report/TM/) › / SevenShopper, Inc. (https://uspto.report/company/Sevenshopper-Inc) › / Nestforia Application #88346936 (https://uspto.report/TM/88346936/)

Application Filed: 2019-03-19 (2019-03-19)

Trademark Application Details



**Mark For:** NESTFORIA® trademark registration is intended to cover the categories of gloves for household purposes; Kitchen containers. [all]

**Status** LIVE REGISTRATION Issued and Active

2020-07-11 UTC

Refresh

(/TM/88346936/refresh)
The trademark application has been registered with the Office.

| | |
|---|---|
| Research | W (https://en.wikipedia.org/w/index.php?search=%22NESTFORIA%22) (https://twitter.com/search?q=%22NESTFORIA%22) (https://translate.google.com/#view=home&op=translate&sl=auto&tl=en&text=NESTFORIA) 💥 (https://www.wolframalpha.com/input/?i=NESTFORIA) OneLook (https://www.onelook.com/?w=%22NESTFORIA%22) Acronym Finder (https://www.acronymfinder.com/~/search/af.aspx?Acronym=%22NESTFORIA%22&string=exact) |
| Serial Number | 88346936 |
| Registration Number | 5922802 |
| Mark Literal Elements | NESTFORIA |
| Mark Drawing Type | 4 - STANDARD CHARACTER MARK |
| Mark Type | TRADEMARK |
| Register | PRINCIPAL |
| Current Location | PUBLICATION AND ISSUE SECTION 2019-10-24 |
| Basis | 1(a) |
| Class Status | ACTIVE |
| Primary US Classes | 002: Receptacles |
| | 013: Hardware, Plumbing and Steamfitting Supplies |
| | 023: Cutlery, Machinery, Tools and Parts Thereof |
| | 029: Brooms, Brushes and Dusters |
| | 030: Crockery, Earthenware and Porcelain |
| | 033: Glassware |
| | 040: Fancy Goods, Furnishings and Notions |
| | 050: Merchandise Not Otherwise Classified |
| Primary International Class | 021 - Primary Class |
| | (Housewares and glass) Household or kitchen utensils and containers (not of precious metal or coated therewith); combs and sponges; brushes (except paint brushes); brush-making materials; articles for cleaning purposes; steel wool; un-worked or semi-worked glass (except glass used in building); glassware, porcelain and earthenware not included in other classes. |
| Filed Use | No |
| Current Use | Yes |
| Intent To Use | No |
| Filed ITU | Yes |

| | |
|---|---|
| 44D Filed | No |
| 44E Current | No |
| 66A Current | No |
| Current Basis | No |
| No Basis | No |
| Attorney Name | Randy Michels |
| Law Office Assigned | N30 |
| Employee Name | NEHMER, JASON ROBERT |

Commercial Collection Ager

We Work Hard For You Because We Don't Get Pai Unless You Do!

PSI Collection Agency 

# Timeline

| | |
|---|---|
| 2019-03-19 | Application Filed |
| 2019-07-09 | Published |
| 2019-07-09 | Published for Opposition |
| 2019-08-30 | Date of First Use |
| 2019-08-30 | Date of Use In Commerce |
| 2019-10-24 | Location: PUBLICATION AND ISSUE SECTION |
| 2019-10-24 | Status: Live/Pending |
| 2019-10-25 | Transaction Date |
| 2019-11-26 | Status: Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| 2019-11-26 | Trademark Registered |

**Business Coach Job Opening**

Be A Leader Among Leaders. Vistage Is Looking for Business Coaches.

vistage.com   OPEN

## Trademark Parties (Applicants & Owners)

| | |
|---|---|
| Party: | SevenShopper, Inc. (/company/Sevenshopper-Inc) |
| Address | 3616 Kirkwood Highway, Ste A Wilmington, DELAWARE UNITED STATES 19808 |
| Legal Entity Type | Corporation |
| Legal Entity State | DELAWARE |

## Documents

| | | |
|---|---|---|
| Drawing (/TM/88346936/DRW20190322092953/) | JPEG | 2019-03-19 |
| TEAS Plus New Application (/TM/88346936/FTK20190322092953/) | MULTI | 2019-03-19 |
| XSearch Search Summary (/TM/88346936/XSS20190531112646/) | XML | 2019-05-31 |
| TRAM Snapshot of App at Pub for Oppostn (/TM/88346936/PST20190601071711/) | APPLICATION/XML,IMAGE/JPEG | 2019-06-01 |
| Notice of Publication (/TM/88346936/NOP20190619104617/) | XML | 2019-06-19 |
| Notification Of Notice of Publication (/TM/88346936/NON20190619104616/) | XML | 2019-06-19 |
| OG Publication Confirmation (/TM/88346936/PB320190709085823/) | APPLICATION/XML | 2019-07-09 |
| Notice of Allowance (/TM/88346936/ALW20190903072937/) | APPLICATION/XML | 2019-09-03 |
| Specimen (/TM/88346936/SPE20191001194005/) | JPEG | 2019-09-30 |
| Statement of Use (/TM/88346936/SOU20191001194005/) | MULTI | 2019-09-30 |

| TEAS Rev, App and/or COA of Atty/Dom.Rep (/TM/88346936/RAA20191008170727/) | XML | 2019-10-08 |
| --- | --- | --- |
| ITU Unit Action (/TM/88346936/IUA20191023064736/) | APPLICATION/XML,IMAGE/JPEG | 2019-10-23 |
| Notice of Acceptance of Statement of Use (/TM/88346936/ASU20191025065411/) | XML | 2019-10-25 |
| TRAM Snapshot of App at Pub for Oppostn (/TM/88346936/PST20191025064020/) | MULTI | 2019-10-25 |
| Registration Certificate (/TM/88346936/ORC20191110040538/) | PDF | 2019-11-26 |



(/TM/88346936/SOU20191001194005#2)
(/TM/88346936/SOU20191001194005#3)
(/TM/88346936/SOU20191001194005#4)
(/TM/88346936/SOU20191001194005#5)
(/TM/88346936/SPE20191001194005#1)
(/TM/88346936/SPE20191001194005#2)
(/TM/88346936/SPE20191001194005#3)

## Attorney of Record

Randy Michels
Trust Tree Legal, P.C.
798 Berry Road #41400
Nashville, TN 37204

## Good, Services, and Codes

IC 021. US 002 013 023 029 030 033 040 050. G & S: Gloves for household purposes; Kitchen containers. FIRST USE: 20190830. FIRST USE IN COMMERCE: 20190830

| | |
|---|---|
| International Codes: | 21 |
| U.S. Codes: | 002,013,023,029,030,033,040,050 |

| Type Code | Type |
|---|---|
| GS0211 | Gloves for household purposes; Kitchen containers |
| GS0211 | Gloves for household purposes; Kitchen containers |



## Trademark Filing History

| Description | Date | Proceeding Number |
|---|---|---|
| REGISTERED-PRINCIPAL REGISTER | 2019-11-26 | |
| NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | 2019-10-25 | |
| ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | 2019-10-24 | |
| STATEMENT OF USE PROCESSING COMPLETE | 2019-10-22 | 66230 |
| CASE ASSIGNED TO INTENT TO USE PARALEGAL | 2019-10-22 | 66230 |
| TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | 2019-10-08 | |
| ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | 2019-10-08 | |
| USE AMENDMENT FILED | 2019-09-30 | 66230 |
| TEAS STATEMENT OF USE RECEIVED | 2019-09-30 | |
| NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 2019-09-03 | |
| PUBLISHED FOR OPPOSITION | 2019-07-09 | |
| OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 2019-07-09 | |
| NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 2019-06-19 | |

Case: 1:21-cv-01742 Document #: 12-2 Filed: 05/15/21 Page 8 of 8 PageID #:425

| | | |
|---|---|---|
| APPROVED FOR PUB - PRINCIPAL REGISTER | 2019-05-31 | |
| ASSIGNED TO EXAMINER | 2019-05-29 | 92832 |
| NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 2019-04-06 | |
| NEW APPLICATION ENTERED IN TRAM | 2019-03-22 | |



### $69 Register Trademark Online

Protect Your Brand - File A Trademark Today. Only 3 Steps, Takes Just 5 Minutes!

trademarkengine.com        OPEN

## Similar Marks

| Mark Image | Registration \| Serial | Company | Trademark Application Date |
|---|---|---|---|
| NESTFORIA | (/TM/90028166) 90028166 not registered Live/Pending | SevenShopper, Inc.(/TM/90028166) | 2020-06-30 |
| NESTFORIA | (/TM/90028162) 90028162 not registered Live/Pending | SevenShopper, Inc.(/TM/90028162) | 2020-06-30 |
| NESTFORIA | (/TM/90028159) 90028159 not registered Live/Pending | SevenShopper, Inc.(/TM/90028159) | 2020-06-30 |
| NESTFORIA | (/TM/88346936) 88346936 not registered Live/Pending | SevenShopper, Inc.(/TM/88346936) | 2019-03-19 |

© 2021 USPTO.report | Privacy Policy (/privacy_policy.php) | Resources (/resources/) |  (/tm.rss) | (https://twitter.com/trademarktrader)