# Exhibit C





+

Total price: $19.98

[Add both to Cart]
[Add both to List]

One of these items ships sooner than the other. Show details

**This item:** Nestforia Hygiene Hand Free Door Opener Non-contact No touch Keychain-Hands Free Keys No-Touch Door… $9.99
Mkeke Compatible with iPhone 11 Case, Clear Shock Absorption Cases for 6.1 Inch $9.99

## 4 stars and above
Sponsored

    

| Tangis Social Distancing (10PCS) Clean Key No Touch Door Opener and Stylus,Supports… 73 | Foot Pull Door Opener NO Touch Hands Free, DECRON Toe-N-GO (Black) Foot Operated 59 | Tipkits No Touch Door Opener Tool, 3 Packs Contactless Retractable Button Pusher Ke… 93 | INTACT No Touch Door Opener Tool, Phone Stand Holder, Bottle Opener Keychain, 50 | No Touch door opener tool - A must as a keychain accessories bottle opener - Works … 203 |
|---|---|---|---|---|
| $14.88 | $9.99 | $9.59 | $9.98 | $14.99 |

## Products related to this item
Sponsored

    

| 2 Sets No Touch Door Opener, 12 Pieces No Touch Door Tool with Stylus No Touch Tool… 1 | Tipkits No Touch Door Opener Tool, 3 Packs Contactless Retractable Button Pusher Ke… 93 | Tangis Social Distancing (10PCS) Clean Key No Touch Door Opener and Stylus,Supports… 73 | Social Distancing (10PCS) Clean Key No Touch Door Opener and Stylus,Supports Hands … 32 | Foot Pull Door Opener NO Touch Hands Free, DECRON Toe-N-GO (Black) Foot Operated 59 |
|---|---|---|---|---|
| $16.99 | $9.59 | $14.88 | $16.58 | $9.99 |

## Special offers and product promotions
- Save 50% each on Qualifying items offered by Mega Deals & Savings when you purchase 1 or more. Enter code R34CD6H2 at checkout. Here's how  (restrictions apply)
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

  Get 20% off when you use American Express Membership Rewards points. Maximum discount $30. Limited-time offer. Terms and conditions apply.

## Have a question?
Find answers in product info, Q&As, reviews

[Type your question or keyword]

## Compare with similar items

**Products related to this item**

Sponsored







| Foot Pull Door Opener NO Touch Hands Free, DECRON Toe-N-GO (Black) Foot Operated 59 | Tangis Social Distancing (10PCS) Clean Key No Touch Door Opener and Stylus,Supports... 73 | Tipkits No Touch Door Opener Tool, 3 Packs Contactless Retractable Button Pusher Ke... 93 | Social Distancing (10PCS) Clean Key No Touch Door Opener and Stylus,Supports Hands ... 46 | Passkey - No Touch Keychain Door Opener Tool - No Contact Hygiene Hook - 25 |
|---|---|---|---|---|
| $9.99 | $14.88 | $9.59 | $15.88 | $12.99 |

**Customer Questions & Answers**

See questions and answers

## Customer reviews

**3.6 out of 5**

5 global ratings

| 5 star | 61% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 17% |
| 1 star | 22% |

How are ratings calculated?

**Reviews with images**





See all customer images

### Top reviews from the United States

JOSIE

**Don't Buy**
Reviewed in the United States on December 24, 2020