IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Magenav, Inc., | Case No.: 21-cv-01742 |
| Plaintiff, | |
| v. | Judge: Hon. Thomas M. Durkin |
| Sevensellers, Inc. dba Mega Deals and Savings, | |
| Sevenshopper, Inc., | |
| Defendants. | Magistrate: Hon. Gabriel A. Fuentes |

## DECLARATION OF KEVIN J. KEENER

I, Kevin J. Keener, of Chicago, Illinois, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Response to Defendants' Motion to Dismiss and, if called as a witness, I could and would competently testify as follows:

2. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois, the United States District Court for the Northern District of Illinois.

3. Defendants asserted in their motion to dismiss that they made one sale in the State of Illinois that Defendants believe to have been a "'test buy' conducted by Plaintiff's counsel."

4. Neither I, Plaintiff, nor anyone acting at my or Plaintiff's direction or control purchased any product from Defendants.

5. Genuine and authentic copies of the unpublished decisions cited in Plaintiff's Response to Defendants' Motion to Dismiss is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 7th day of June, 2021.

/s/ Kevin J. Keener
Kevin J. Keener