United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jun 21 03:17:23 EDT 2021

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:  OR  Jump  to record:  **Record 1 out of 4**

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# NESTFORIA

| | |
|---|---|
| **Word Mark** | **NESTFORIA** |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: Disposable latex and nitrile gloves for general use. FIRST USE: 20200506. FIRST USE IN COMMERCE: 20200506 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90028166 |
| **Filing Date** | June 30, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 2, 2021 |
| **Registration Number** | 6352202 |
| **Registration Date** | May 18, 2021 |
| **Owner** | (REGISTRANT) SevenShopper, Inc. CORPORATION DELAWARE 2020 Duncan Road Wilmington DELAWARE 19808 |
| **Attorney of Record** | Randy Michels |
| **Prior Registrations** | 5922802 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jun 21 03:17:23 EDT 2021

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:   OR  Jump  to record:       **Record 2 out of 4**

TSDR | ASSIGN Status | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

# NESTFORIA

| | |
|---|---|
| **Word Mark** | NESTFORIA |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Protective clothing especially made for use in laboratories; Protective industrial face masks; Protective industrial respiratory masks; Thermometers not for medical purposes; Protective face masks for the prevention of accident or injury; Protective industrial face shields; Respiratory masks for the prevention of accident or injury. FIRST USE: 20200506. FIRST USE IN COMMERCE: 20200506 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90028162 |
| **Filing Date** | June 30, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 2, 2021 |
| **Registration Number** | 6352201 |
| **Registration Date** | May 18, 2021 |
| **Owner** | (REGISTRANT) SevenShopper, Inc. CORPORATION DELAWARE 2020 Duncan Road Wilmington DELAWARE 19808 |
| **Attorney of Record** | Randy Michels |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jun 21 03:17:23 EDT 2021

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:      OR  Jump  to record:       **Record 3 out of 4**

TSDR | ASSIGN Status | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

# NESTFORIA

| | |
|---|---|
| **Word Mark** | NESTFORIA |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Antibacterial alcohol skin sanitizer gel; Hand-sanitizing preparations. FIRST USE: 20200506. FIRST USE IN COMMERCE: 20200506 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90028159 |
| **Filing Date** | June 30, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 2, 2021 |
| **Registration Number** | 6352200 |
| **Registration Date** | May 18, 2021 |
| **Owner** | (REGISTRANT) SevenShopper, Inc. CORPORATION DELAWARE 2020 Duncan Road Wilmington DELAWARE 19808 |
| **Attorney of Record** | Randy Michels |
| **Prior Registrations** | 5922802 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jun 21 03:17:23 EDT 2021

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:    OR   Jump   to record:        **Record 4 out of 4**

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# NESTFORIA

| | |
|---|---|
| **Word Mark** | NESTFORIA |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: Gloves for household purposes; Kitchen containers. FIRST USE: 20190830. FIRST USE IN COMMERCE: 20190830 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88346936 |
| **Filing Date** | March 19, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 9, 2019 |
| **Registration Number** | 5922802 |
| **Registration Date** | November 26, 2019 |
| **Owner** | (REGISTRANT) SevenShopper, Inc. CORPORATION DELAWARE 3616 Kirkwood Highway, Ste A Wilmington DELAWARE 19808 |
| **Attorney of Record** | Randy Michels |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |