Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88852550 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 108 |
| **MARK SECTION** | |
| **MARK** | mark |
| **LITERAL ELEMENT** | HYGIENE HAND |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ARGUMENT(S)** | |
| In response to the current Office Action, Applicant hereby submits the required disclaimer for HYGIENE and the amended recitation of goods (per the Examining Attorney's suggestion). Approval for publication is respectfully requested. | |
| **GOODS AND/OR SERVICES SECTION (class deleted)** | |
| **GOODS AND/OR SERVICES SECTION (class added) Original Class (014)** | |
| **INTERNATIONAL CLASS** | 008 |
| **DESCRIPTION** | |
| Multi-function, non-electronic hand tools and non-powered utility hand tools, namely, tools made of brass featuring push-pull and hook attachments that enable users to open doors and use publicly shared surfaces in a sanitary manner that can be attached to a keychain | |
| **FILING BASIS** | Section 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| **DISCLAIMER** | No claim is made to the exclusive right to use HYGIENE apart from the mark as shown. |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | JAMES SURBER |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | HPFAdmin1@gmail.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | James Surber |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | HPFAdmin1@gmail.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **SIGNATURE SECTION** | |
| **RESPONSE SIGNATURE** | /James Surber/ |

| | |
|---|---|
| **SIGNATORY'S NAME** | James Surber |
| **SIGNATORY'S POSITION** | Attorney of Record |
| **DATE SIGNED** | 06/22/2020 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Mon Jun 22 10:08:54 ET 2020 |
| **TEAS STAMP** | USPTO/ROA-XX.XXX.XXX.XXX-20200622100854929968-88852550-710ca73e9d08516c3921be82b391bad75a59318a63257f929196a8b65c48f477a44-N/A-N/A-20200622100512664318 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **88852550** HYGIENE HAND(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/88852550/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

In response to the current Office Action, Applicant hereby submits the required disclaimer for HYGIENE and the amended recitation of goods (per the Examining Attorney's suggestion). Approval for publication is respectfully requested.

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant hereby deletes the following class of goods/services from the application.**
Class 014 for Key chain tools made of brass that include a hook and tools that enable users to open doors and use publicly shared surfaces in a sanitary manner

**Applicant hereby adds the following class of goods/services to the application:**
**New:** Class 008 (Original Class: 014 ) for Multi-function, non-electronic hand tools and non-powered utility hand tools, namely, tools made of brass featuring push-pull and hook attachments that enable users to open doors and use publicly shared surfaces in a sanitary manner that can be attached to a keychain
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services in the application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**ADDITIONAL STATEMENTS**
**Disclaimer**
No claim is made to the exclusive right to use HYGIENE apart from the mark as shown.

**Correspondence Information (current):**
   JAMES SURBER
   PRIMARY EMAIL FOR CORRESPONDENCE: HPFAdmin1@gmail.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Information (proposed):**
   James Surber
   PRIMARY EMAIL FOR CORRESPONDENCE: HPFAdmin1@gmail.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Response Signature**
Signature: /James Surber/    Date: 06/22/2020
Signatory's Name: James Surber
Signatory's Position: Attorney of Record

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    JAMES SURBER


   4579 LACLEDE AVE., #131
   ST. LOUIS, Missouri 63108
Mailing Address:    James Surber
   4579 LACLEDE AVE., #131
   ST. LOUIS, Missouri 63108

Serial Number: 88852550
Internet Transmission Date: Mon Jun 22 10:08:54 ET 2020
TEAS Stamp: USPTO/ROA-XX.XXX.XXX.XXX-202006221008549
29968-88852550-710ca73e9d08516c3921be82b
391bad75a59318a63257f929196a8b65c48f477a
44-N/A-N/A-20200622100512664318

| To: | Magenav, Inc. (HPFAdmin1@gmail.com) |
|---|---|
| Subject: | U.S. Trademark Application Serial No. 88852550 - HYGIENE HAND - N/A |
| Sent: | June 19, 2020 11:49:19 AM |
| Sent As: | ecom108@uspto.gov |
| Attachments: | Attachment - 1  <br>Attachment - 2  <br>Attachment - 3  <br>Attachment - 4  <br>Attachment - 5  <br>Attachment - 6  <br>Attachment - 7  <br>Attachment - 8  <br>Attachment - 9  <br>Attachment - 10  <br>Attachment - 11 |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 88852550

**Mark:** HYGIENE HAND

**Correspondence Address:**
JAMES SURBER
4579 LACLEDE AVE., #131
ST. LOUIS, MO 63108

**Applicant:** Magenav, Inc.

**Reference/Docket No.** N/A

**Correspondence Email Address:**

HPFAdmin1@gmail.com

## NONFINAL OFFICE ACTION

The USPTO must receive applicant's response to this letter within six months of the issue date below or the application will be **abandoned**. Respond using the Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Issue date: June 19, 2020**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

SUMMARY OF ISSUES:
- Disclaimer Required
- Identification of Goods

SEARCH OF USPTO DATABASE OF MARKS

The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

**DISCLAIMER REQUIRED**

Applicant must disclaim the wording "HYGIENE" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §1052(e)(1); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached dictionary evidence and internet evidence from *Everyday Carry* and *Popular Science* shows this wording "conditions and practices that serve to promote or preserve health" and that applicant's device is used to maintain proper hygiene for the user. Thus, the wording merely describes the purpose of applicant's goods.

Applicant may respond to this issue by submitting a disclaimer in the following format:

> **No claim is made to the exclusive right to use "HYGIENE" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**IDENTIFICATION OF GOODS**

The wording used to describe portions of the applicant's goods needs clarification because it is indefinite. *See* TMEP §§1402.01, 1402.03

The USPTO has the discretion to determine the degree of particularity needed to clearly identify goods and/or services covered by a mark. *In re Fiat Grp. Mktg. & Corp. Commc'ns S.p.A*, 109 USPQ2d 1593, 1597 (TTAB 2014) (citing *In re Omega SA*, 494 F.3d 1362, 1365, 83 USPQ2d 1541, 1543-44 (Fed. Cir. 2007)). Accordingly, the USPTO requires the description of goods and/or services in a U.S. application to be specific, definite, clear, accurate, and concise. TMEP §1402.01; *see In re Fiat Grp. Mktg. & Corp. Commc'ns S.p.A*, 109 USPQ2d at 1597-98; *Cal. Spray-Chem. Corp. v. Osmose Wood Pres. Co. of Am.*, 102 USPQ 321, 322 (Comm'r Pats. 1954). These requirements for specification of the particular goods and/or services apply to applications filed under all statutory bases. *See* 15 U.S.C. §§1051(a)(2), 1051(b)(2), 1053, 1126(d)-(e), 1141f; 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.01(b)-(c).

The applicant insufficiently describes the following goods:

Class 14:
· "Key chain tools made of brass that include a hook and tools that enable users to open doors and use publicly shared surfaces in a sanitary manner"- Applicant must clarify the nature of the good as it is likely properly classified in International Class 08 as a hand tool.

Applicant may adopt the following identification and classification, with the trademark examining attorney's suggested additions in bold face type formatting, if accurate:

**Class 08:** **Multi-function, non-electronic hand tools and non-powered utility hand tools, namely, tools made of brass featuring push-pull and hook attachments** that enable users to open doors and use publicly shared surfaces in a sanitary manner **that can be attached to a keychain**

Applicant's goods and/or services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different goods and/or services or add goods and/or services not found or encompassed by those in the original application or as acceptably amended. *See* TMEP §1402.06(a)-(b). The scope of the goods and/or services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification. TMEP §§1402.06(b), 1402.07(a)-(b). Any acceptable changes to the goods and/or services will further limit scope,

and once goods and/or services are deleted, they are not permitted to be reinserted. TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

**RESPONSE GUIDELINES**

For this application to proceed further, applicant must explicitly address each refusal and/or requirement raised in this Office action. If the action includes a refusal, applicant may provide arguments and/or evidence as to why the refusal should be withdrawn and the mark should register. Applicant may also have other options specified in this Office action for responding to a refusal and should consider those options carefully. To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements. For more information and general tips on responding to USPTO Office actions, response options, and how to file a response online, see "Responding to Office Actions" on the USPTO's website.

If applicant does not respond to this Office action within six months of the issue/mailing date, or responds by expressly abandoning the application, the application process will end and the trademark will fail to register. *See* 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a); TMEP §§718.01, 718.02. Additionally, the USPTO will not refund the application filing fee, which is a required processing fee. *See* 37 C.F.R. §§2.6(a)(1)(i)-(iv), 2.209(a); TMEP §405.04.

When an application has abandoned for failure to respond to an Office action, an applicant may timely file a petition to revive the application, which, if granted, would allow the application to return to active status. *See* 37 C.F.R. §2.66; TMEP §1714. The petition must be filed within two months of the date of issuance of the notice of abandonment and may be filed online via the Trademark Electronic Application System (TEAS) with a $100 fee. *See* 37 C.F.R. §§2.6(a)(15)(ii), 2.66(b)(1).

Please call or email the assigned trademark examining attorney to resolve the issues in this Office action. Although the USPTO does not accept emails as responses to Office actions, communication by phone or email is permissible to agree to proposed amendments to the application that will immediately place the application in condition for publication, registration, or suspension. *See* 37 C.F.R. §2.62(c); TMEP §707.

**How to respond.  Click to file a response to this nonfinal Office action.**

/Ryan Lavoie/
Ryan Lavoie
Examining Attorney
Law Office 108
571-272-6774
Ryan.Lavoie@uspto.gov

**RESPONSE GUIDANCE**
- **Missing the response deadline to this letter will cause the application to abandon.** A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon**. If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**hy·giene**  (hī′jēn′)

Share: **Tweet**

*n.*
1. The science that deals with the promotion and preservation of health. Also called **hygienics**.
2. Conditions and practices that serve to promote or preserve health: *hygiene in the workplace; personal hygiene.*

[French *hygiène* and New Latin *hygieina*, both from Greek *hugieinē* (*tekhnē*), (art) of health, feminine of *hugieinos*, relating to health, healthful, from *hugiēs*, healthy; see **aiw-** in the Appendix of Indo-European roots.]

**hy·gien**′**ist** (hī-jē′nĭst, hī′jē′-, hī-jĕn′ĭst) *n.*

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2020 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

## Indo-European & Semitic Roots Appendices

Thousands of entries in the dictionary include etymologies that trace their origins back to reconstructed proto-languages. You can obtain more information about these forms in our



### HOW TO USE THE DICTIONARY

To look up an entry in *The American Heritage Dictionary of the English Language,* use the search window above. For best results, after typing in the word, click on the "Search" button instead of using the "enter" key.

Some compound words (like *bus rapid transit, dog whistle,* or *identity theft*) don't appear on the drop-down list when you type them in the search bar. For best results with compound words, place a quotation mark before the compound word in the search window.

**GUIDE TO THE DICTIONARY** ▶



### AMERICAN HERITAGE DICTIONARY APP

The new American Heritage Dictionary app is now available for **iOS** and **Android**.

### THE AMERICAN HERITAGE DICTIONARY BLOG

The articles in our **blog** examine new words, revised definitions, interesting images from the fifth edition, discussions of usage, and more.



GUIDE TO THE DICTIONARY

reconstructed proto-languages. You can obtain more information about these forms in our online appendices:

Indo-European Roots

Semitic Roots

The Indo-European appendix covers nearly half of the Indo-European roots that have left their mark on English words. A more complete treatment of Indo-European roots and the English words derived from them is available in our Dictionary of Indo-European Roots.

THE USAGE PANEL

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. Annual surveys have gauged the acceptability of particular usages and grammatical constructions.

THE PANELISTS

NEED HELP SOLVING A CROSSWORD PUZZLE?

Go to our Crossword Puzzle Solver and type in the letters that you know, and the Solver will produce a list of possible solutions.

THE 100 WORDS®

See word lists from the best-selling 100 Words Series!

FIND OUT MORE!

INTERESTED IN DICTIONARIES?

Check out the Dictionary Society of North America at
http://www.dictionarysociety.com

This website is best viewed in Chrome, Firefox, Microsoft Edge, or Safari. Some characters in pronunciations and etymologies cannot be displayed properly in Internet Explorer.

Home | About Us | Careers | Contact Us | FAQs

Privacy Policy | Terms & Conditions of Use
The *You Are Your Words* word cloud generator is no longer available.

Copyright 2020 Houghton Mifflin Harcourt. All rights reserved.

EVERYDAY CARRY    TRENDING GEAR    BUYING GUIDES    SUBMIT                                    LOGIN

KNIVES   FLASHLIGHTS   MULTITOOLS   WATCHES   PENS   GADGETS   KEYCHAINS   WALLETS   BAGS   NOTEBOOKS

## StatGear Hygiene Hand

| EDC | Features | About | Follow Us |
|---|---|---|---|
| Home | Carry Smarter | DMCA Policy | |
| Everyday Carry | Reviews | Privacy Policy | |
| March 26, 2020 | Buying Guides | Terms & Conditions | |
| Advertise | People & Places | Contact Us | |

9 COMMENTS    RSS / Feedly    26 SHARES

5 LIKES

...provide a means for sites to earn advertising fees by advertising and



Now more than ever it's important to avoid touching high-contact surfaces like door handles, elevator buttons, and payment terminals with your bare hands. That's because all it takes is accidentally touching your face to put you at risk of infection. And access to hand sanitizer or a hand washing station can be limited in these trying times. The team at StatGear knows this firsthand as they're based

in New York City, an area hit especially hard by the coronavirus outbreak. That's why they're returning to Kickstarter with their latest creation, the Hygiene Hand. It's a clever keychain solution that can help you handle high-contact surfaces while minimizing exposure to germs and viruses. If you're looking for ways to switch up your EDC to protect yourself and others while practicing social distancing and quarantining, adding the StatGear Hygiene Hand to your kit can come in, well, handy.



StatGear has a long history of developing and delivering quality EDC products via crowdfunding, and their new Hygiene Hand was developed as a result of their company being located right at the epicenter of the coronavirus outbreak in New York City. The StatGear Hygiene Hand is a keychain tool made out of brass, which is inherently antimicrobial unlike other materials like stainless steel where viruses can thrive for days on end. You should still wash the tool, and your hands, thoroughly after use because it's not an end-all and be-all solution to prevent you from getting sick.





But with the hook design of the Hygiene Hand, you can at least avoid direct contact with door handles and call buttons. And because the tool has a stylus tip, you can use it on touchscreens like on ATM and point of sale terminals when you have to go out to run errands for yourself and the ones you love. The StatGear Hygiene Hand's utility isn't just limited to a pandemic situation, either. You can keep it with you for the years to come when you just don't want to touch surfaces in grimy situations. And because the brass composition of the tool will develop an attractive patina over time, you can see it as a memento to remind yourself that you got through such a momentous time in human history by having the right everyday carry tools on hand.

To secure a Hygiene Hand for yourself today, you can make a pledge to StatGear's fully-funded Kickstarter today at the link below.

Check It Out

*This is a sponsored post presented by StatGear.*

#hygiene-hand  #statgear  #kickstarter  #keychains  #sponsored  #hygiene-hand-statgear

#two-finger-hygiene-hand-tool   see all



LIKE

Who Likes This (52)

43 others

Shop Related Products

Gerber Shard Keychain Tool - Silver [30-001501]
$5.32 ✓prime
★★★★½ (4113)

42nd Street: River To River
$7.99
★★★☆☆ (31)

If These Knishes Could Talk: The Story of the New York Accent
$8.99
★★★★☆ (166)

Ads by Amazon

Discussion (9)

Leave a message...

**Most Liked**   Newest   Oldest

**Montana Actual**  · MARCH 28, 2020
Just sanitize and wash your fucking hands. These things leave so much room for error. Bacteria on the tip, touched by hands over and over, put in pockets, keys touching it etc etc. I am all for wearing gloves and finding more sterile ways to do things, like touchless stuff, but stuff like this is ridiculous.

6      Reply






https://shop.popsci.com/sales/hygiene-hand?utm_source=google&utm_medium=cpc&utm_campaign=8754794779&utm_term=8
8975653515&iv=_&_iv_p_1_a_8754794779_g_88975653515_c_410089113038_k_m__w_pla-915163180546_n_u_d_c_v__l_t_r_
_x__y_130397647_f_online_o_27976_z_ 06/19/2020 11:36:05 AM

**ADD TO CART**

☐ Add 1 Year Warranty - $4.99
☐ Add 2 Year Warranty - $5.99

Learn More

Ending In: 7 days                                        Wishlist

---

**Description**

The world is changing and we have to start adapting to a new, more germ-conscious way of living. Whether you're using elevator buttons, ATM machines, or simply pulling open doors, you're more likely to contact bacteria since these are all shared surfaces. Designed by a retired NY City Paramedic, the Hygiene Hand is made entirely from a solid piece of brass which is inherently antimicrobial, to help decrease the spreading of germs while performing some of your everyday tasks. Hygiene Hand has a flat stylus tip for pressing buttons and keys, door hook for pulling handles, and a finger hole for ease of use. It also has a keyring loop so you can attach it to your daily items.

**Successfully funded on Kickstarter at $570,261**

- Made from brass w/ 70%copper that's naturally antimicrobial
- Flat stylus tip for pressing buttons in elevators, ATM machines & more
- Door hook for pulling handles & doors
- Finger hole supports ease of use
- Keyring loop allows easy attachment to any item & quick access when needed

**Note: There are no specific medical claims that Hygiene Hand will cure, treat, or in itself prevent anyone from being infected with the Coronavirus or other pathogens. Hygiene Hand is suggested as a tool to help avoid direct contact with shared surfaces.**

**Reviews**

**Everyday Carry:** *"If you're looking for ways to switch up your EDC to protect yourself and others while practicing social distancing and quarantining, adding the StatGear Hygiene Hand to your kit can come in."*

**Trend Hunter:** *"The StatGear Hygiene Hand is a piece of everyday carry (EDC) equipment that will enable users to live a healthier lifestyle by avoiding interaction with common surfaces that could be covered in germs."*

**Specs**

- Color: brass

**Related Deals**


SafeFinger Antimicrobial Brass Keychain Touch Tool
$19.99 $30.00


Hygiene Hand: Antimicrobial Brass Door Opener & Stylus (2-Pack)
$37.99 $50.00


CLEANKEY™ Antimicrobial Brass Hand Tool
$19.99 $24.99

- Color: brass
- Materials: brass (70% copper, 30% zinc)
- Product dimensions: 1.3"H x 3"L x 0.3"W
- Inherently antimicrobial
- 100% recyclable
- Corrosion-resistant
- EDC tool… design: flat stylus tip, door hook, keyring loop, finger hold
- Durable
- Manufacturer's lifetime warranty

**Includes**

- 1x Hygiene Hand

**Shipping**

- Ships To Contiguous US
- Expected Delivery: Jun 27 - Jun 30

**Terms**

- Returns accepted within 30 days of shipment for orders within the Contiguous US.

Give $10, Get $10

---

**Reviews (3)**    All reviews are from verified purchasers. Reviews are collected after purchase.

**Nicholas M.**    May 27, 2020

Machined well. It's already getting a nice patina and it comes with me everywhere. It can go on a keychain but I freestyle it and just goes in my pocket. Use it at the atm, grocery store, pulling doors, as described and it's intended use. Buy one you won't regret it.

**Mario S.**    May 24, 2020

Sturdy, heavy, quality item. Feels good to hold in your hand and looks cool too. I attached it to my keychain so it's always with me. I use it all the time-- to pull on door handles (even heavy ones), press elevator buttons, ATM, etc. When I get home I just drop it in a UV light disinfectant device so it's always clean. Great purchase!

**Nicholas C.**    May 14, 2020

Great product stylus isn't the best hard to use at gas stations or any place that has enclosed key pad. Works well for opening doors fits nice in my pocket for ease of use. Be cool if it had a bottle opener on it.

https://shop.popsci.com/sales/hygiene-hand?utm_source=google&utm_medium=cpc&utm_campaign=8754794779&utm_term=8 8975653515&iv_=__iv_p_1_a_8754794779_g_88975653515_c_410089113038_k__m__w_pla-915163180546_n_u_d_c_v__l_t_r_ _x__y_130397647_f_online_o_27976_z__ 06/19/2020 11:36:05 AM
opener on it

---

## BEST SELLERS


**Mobile Pixels DUEX Pro Portable Dual Monitor**
$249.99


**Apple Magic Mouse 2 Bluetooth Rechargeable - Silver (Certified**
$54.99 $79.99


**The Ultimate Microsoft Excel Certification Training Bundle**
$33.99 $945


**Luxitude Groomer, Beard Trimmer & Shaver**
$23.99 $59.99

---

### Sign up & get 10% Off

[Email]  [Sign up]

*New customers only. Offer lasts 30 days. See Terms. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**My Account**
Profile
Account
Purchases
Credits
Preferences
Do Not Sell My Personal Information

**Support**
Contact
FAQs
Shipping
Returns
Terms
Privacy
Accessibility

**Are you a vendor?**
Get exclusive coverage to the world's top publisher sites through the StackCommerce network.

Learn More

Powered By


Copyright © 2020 StackCommerce. All Rights Reserved.

POPULAR SCIENCE



|             |                                                            |
|-------------|------------------------------------------------------------|
| **To:**     | Magenav, Inc. (HPFAdmin1@gmail.com)                        |
| **Subject:**| U.S. Trademark Application Serial No. 88852550 - HYGIENE HAND - N/A |
| **Sent:**   | June 19, 2020 11:49:22 AM                                  |
| **Sent As:**| ecom108@uspto.gov                                          |
| **Attachments:** |                                                       |

**United States Patent and Trademark Office (USPTO)**

**USPTO OFFICIAL NOTICE**

Office Action (Official Letter) has issued
on **June 19, 2020** for
**U.S. Trademark Application Serial No. 88852550**

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned. Please follow the steps below.

**(1)  Read the official letter.**

**(2)  Direct questions** about the contents of the Office action to the assigned attorney below.


/Ryan Lavoie/
Ryan Lavoie
Examining Attorney
Law Office 108
571-272-6774
Ryan.Lavoie@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3)  Respond within 6 months** (or earlier, if required in the Office action) from **June 19, 2020**, using the Trademark Electronic Application System (TEAS).  The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period.  See the Office action for more information about how to respond


## GENERAL GUIDANCE
- **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

- **Beware of misleading notices sent by private companies about your application.**  Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees.  All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**