# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, the PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION was filed with the CM/ECF system. The Defendants will also be provided notice via e-mail to the Defendants as identified in the Return of Summons filed with the Court along with the PROPOSED ORDER sent to the Court regarding Plaintiff's Motion.

By: /s/ Kevin J. Keener
Kevin J. Keener
ARDC # 6296898
Rishi Nair
ARDC # 6305871
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
kevin.keener@keenerlegal.com
rishi.nair@keenerlegal.com